1  Arash Sadat (SBN 279282)
   arash@msdlawllp.com
2  MILLS SADAT DOWLAT LLP
   333 South Hope Street, 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 613-9434
4

5  Gabriela Menna Barreto Scanlon (*pro hac vice*)
   gabriela@mbscanlon.com
   MB SCANLON
6  4301 50th St., Suite 102, NW
   Washington D.C. 20016
7  Telephone: (202) 410-9293

8  Attorneys for Plaintiff
   Gurudu-Group LLC
9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

| | |
|---|---|
| GURUDU-GROUP LLC, a South Carolina limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>RAM ROBINSONS AUTOMATION MACHINERY LLC, a Michigan limited liability company; ROBINSONS AUTOMATION MACHINERY LIMITED, a United Kingdom business entity; and MINO AUTOMATION USA INC., a Michigan corporation,<br><br>   Defendants. | Case No.: 2:22-cv-01973-WBS-JDP<br>Assigned to: Hon. William B. Shubb<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT MINO AUTOMATION USA, INC. AND ORDER**<br><br>Action Filed: November 1, 2022<br>Trial Date: September 4, 2024 |

# **STIPULATION**

Plaintiff Gurudu-Group LLC ("Gurudu") and Defendant Mino Automation USA, Inc. ("Mino"), by and through their attorneys of record, enter into the following stipulation:

WHEREAS, Gurudu filed on November 1, 2022 a complaint (ECF No. 1) naming Mino and others as Defendants; and

WHEREAS, Gurudu and Mino have reached an agreement whereby all claims against Mino asserted in this action are to be dismissed with prejudice;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:

(1) All claims asserted by Gurudu against Mino in its complaint (ECF No. 1) in this action are dismissed with prejudice;

(2) Mino is dismissed from this action with prejudice; and

(3) Nothing in this stipulation or an order of dismissal affects Gurudu's or Mino's claims against Ram Robinsons Automation Machinery, LLC and Robinsons Automation Machinery Limited and Gurudu and Mino both reserve all rights to assert claims against Ram Robinsons Automation Machinery, LLC and Robinsons Automation Machinery Limited.

Dated: November 15, 2023

MILLS SADAT DOWLAT LLP

By: _____/s/ Arash Sadat_____
        Arash Sadat

Attorneys for Plaintiff
Gurudu-Group LLC

Dated: November 15, 2023

MILLER, CANFIELD, PADDOCK AND STONE PLC

By: _____/s/ Q. Scott Kaye_____
        Q. Scott Kaye

Attorneys for Defendant
Mino Automation USA, Inc.

- 1 -

1  **<u>ORDER</u>**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: November 15, 2023

4  _____
   WILLIAM B. SHUBB
5  UNITED STATES DISTRICT JUDGE

- 2 -